UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SPRINT SPECTRUM, LP and LCC INTERNATIONAL, INC., d/b/a LCC WIRELESS DESIGN SERVICES, LCC, as agent for Sprint Spectrum,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF JEFFERSONVILLE BOARD OF ZONING APPEALS, HAL KOVERT, Chairman, MARY PAT BOONE, BOB ROGGE, BOB GOLDMAN and DOUG MESSMORE, Members,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   4:05-cv-154- SEB-WGH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

The court, having this day simultaneously entered its order,

**IT IS THEREFORE ADJUDGED** that the record upon which the decision of the City of Jeffersonville Board of Zoning Appeals was based is insufficient to support a judicial review and determination pursuant to the Telecommunications Act of 1996. Accordingly, this matter is **REMANDED** to the Board for further proceedings consistent with the Order separately issued this day.

Date  03/27/2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　　　SARAH EVANS BARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution:
Mark Wesley Dobbins
TILFORD DOBBINS ALEXANDER BUCKAWAY & BLACK LLP
mdobbins@tilfordlaw.com

Sandra Finley Keene
TILFORD DOBBINS ALEXANDER BUCKAWAY & BLACK LLP
skeene@tilfordlaw.com

Leslie D. Merkley
MERKLEY LAW OFFICE
lmerkley@sbcglobal.net